[1]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOLOMON CAMPBELL,<br><br>        Plaintiff,<br>v.<br><br>NOVITEX GOVERNMENT SOLUTIONS, LLC,<br><br>        Defendant. | Civil Case No. 8:20-cv-03211-TDC |

## NOTICE OF SETTLEMENT

Defendant, Novitex Government Solutions, LLC ("Defendant"), and Plaintiff, Solomon Campbell ("Plaintiff") (jointly "the Parties"), by and through their undersigned counsel, hereby state as follows:

1. The Parties have come to terms for resolution of this matter.

2. Defendant has indicated that a settlement release is forthcoming.

3. Once the agreement is executed by both sides, the Parties will inform the Court through stipulated dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Ikechukwu Emejuru (Bar No. 19262)<br>Emejuru Law<br>8403 Colesville Road, Suite 1100<br>Silver Spring, Maryland  20910<br>iemejuru@emejurulaw.com<br>240-638-2786 (telephone)<br><br>*Counsel for Plaintiff* | /s/<br>Brooks R. Amiot (Bar No. 12148)<br>Jackson Lewis P.C.<br>2800 Quarry Lake Drive, Suite 200<br>Baltimore, Maryland 21209<br>410.415.2005 (telephone)<br>410.415.2001 (facsimile)<br>brooks.amiot@jacksonlewis.com<br>yodeski.acquie@jacksonlewis.com |

*Counsel for Defendant*

2

*Counsel for Defendant*