IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOLOMON CAMPBELL

    Plaintiff,

v.

NOVITEX GOVERNMENT SOLUTIONS, LLC

    Defendant.

Civil Action No. 8:20-CV-03211-TDC

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. The above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and attorneys' fees, and

2. The Clerk is directed to CLOSE this case.

Date: 1/27, 2022

Theodore D. Chuang
United States District Judge